

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:06-CR-9** |
| | § | |
| **STEVEN SYKES** | § | |

**MEMORANDUM ORDER
ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S GUILTY PLEA**

By order, the Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #6]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty on **Count I** of the **Information** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore, **ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #6] of the United States Magistrate Judge are **ADOPTED.**  Defendant's plea agreement is conditionally **ACCEPTED** by the Court at this time.  It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Steven Sykes, is hereby adjudged as guilty on **Count I** of the charging **Information**, charging violations of Title 18, United States Code, Section 2252A(a)(5)(B).

So **ORDERED** and **SIGNED** this **16** day of **March, 2006.**

_____
Ron Clark, United States District Judge